AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
Kevin Douglas Creek

)
)
) Case: 1:21-mj-00460
) Assigned To : Meriweather, Robin M.
) Assign. Date : 6/4/2021
) Description: COMPLAINT W/ ARREST WARRANT
)

Defendant

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay
(name of person to be arrested) __Kevin Douglas Creek__,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(4) - Engaging in Physical Violence in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct on Capitol Grounds,
40 U.S.C. § 5104(e)(2)(F) - Physical Violence on Capitol Grounds;
18 U.S.C. § 231(a)(3) - Obstruction of Law Enforcement During Civil Disorder;
18 U.S.C. § 111(a)(1) - Assault, Resisting or Impeding Certain Officers.

Date: __06/04/2021__

_____
Issuing officer's signature

City and state: __Washington, D.C.__ __Robin M. Meriweather, U.S. Magistrate Judge__
Printed name and title

### Return

This warrant was received on (date) __6/4/2021__, and the person was arrested on (date) __6/9/2021__
at (city and state) __Johns Creek, Georgia__.

Date: __6/9/2021__

_____
Arresting officer's signature

__Vince Frederic, Special Agent__
Printed name and title