UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>vs.<br><br>KEVIN DOUGLAS CREEK,<br><br>    Defendant. | Case No. 1:21-cr-645 |

## NOTICE OF APPEARANCE

Please note the appearance of the undersigned attorney on behalf of the Defendant, Kevin Douglas Creek.

Respectfully submitted,

/s/ Gregory Brown
Gregory Brown [D.C. Bar No. 475421]
LOWE YEAGER & BROWN PLLC
1629 K St NW Ste 300
Washington, DC 20006
(202) 204-2214
*Attorney for Defendant*