Use Tab key to move from field to field on this form
NOTICE OF APPEARANCE IN A CRIMINAL CASE
Case 1:21-cr-00645-DLF   Document 36   Filed 12/14/21   Page 1 of 1

**CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001**

UNITED STATES OF AMERICA

vs.    Criminal Number  1:21-cr-645

KEVIN DOUGLAS CREEK

(Defendant)

TO:   ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

[ ] CJA          [■] RETAINED          [ ] FEDERAL PUBLIC DEFENDER

_____
(Signature)

PLEASE PRINT THE FOLLOWING INFORMATION:

Troy B. Jones TN#033064
*(Attorney & Bar ID Number)*

LAW OFFICE OF Troy B. Jones
*(Firm Name)*

418 S. GAY STREET STE. 204
*(Street Address)*

KNOXVILLE, TENNESSEE 37902
*(City)      (State)      (Zip)*

(865) 456-5901
*(Telephone Number)*