UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| | * |
| vs | * CASE NO: CR21-645 |
| | * |
| KEVIN DOUGLAS CREEK, | * |
| | * |
| Defendant. | * |

## MOTION TO WITHDRAW

COMES NOW C. DAVID JOYNER, Attorney for Defendant, and moves this Honorable Court to allow him to withdraw from representation of the Defendant in the above-styled action and, in support of said motion, shows this Honorable Court the following:

1. I, C. David Joyner, made an Appearance in the above-styled case on or about August 5, 2021.

2. Since the date of the appearance of counsel, a conflict has arisen which requires my immediate withdrawal as counsel for the Defendant.

3. The Defendant has retained other counsel to represent him and has indicated he no longer wishes for me to represent him.

4. A copy of this Motion to Withdraw as counsel has been forwarded to the Defendant at his last known address.

5. I respectfully request that this Court, using its discretion, immediately consider this Motion and, if this Court deems the same to be proper, enter an Order allowing me to withdraw immediately in order that the Defendant may proceed with his new counsel, Troy B. Jones.

7. Said withdrawal, if granted, is effective the date of the Order of Withdrawal.

8. All the papers may be served directly upon the Defendant and his new counsel at the following addresses:

Kevin Creek
340 Crown Vetch Lane
Johns Creek, GA 30005
kevin@Naileditroofs.com

Jacob Strain
Assistant United States Attorney
111 South Main Street #1800
Salt Lake City, Utah 84111

Troy B. Jones, Esq.
418 S. Gay Street, Suite 204
P. O. Box 2308
Knoxville, TN 37902

9. Since the Defendant has new counsel who has already entered an appearance in this case, withdrawal of the undersigned counsel will not unduly delay trial of the case or be unfairly prejudicial to any party, or otherwise not be in the interests of justice.

This 16th day of Dec, 2021.

C. DAVID JOYNER, P.C.

_____
C. DAVID JOYNER
Georgia State Bar No. 405528
Attorney for Defendant

1305 Mall of Georgia Blvd.
Suite 130
Buford, Georgia 30519
(770) 614-6415

UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| vs | * CASE NO: CR21-645 |
| KEVIN DOUGLAS CREEK, | * |
| Defendant. | * |

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that I have this day served a copy of the foregoing MOTION TO WITHDRAW upon:

Kevin Creek
340 Crown Vetch Lane
Johns Creek, GA 30005

Jacob Strain
Assistant United States Attorney
111 South Main Street, #1800
Salt Lake City, Utah 84111

Troy B. Jones, Esq.
418 S. Gay Street, Suite 204
P. O. Box 2308
Knoxville, TN 37902

by mailing a copy of the same to each of them in a properly addressed envelope with sufficient postage affixed thereon to insure proper delivery.

This 16th day of Dec, 2021.

C. DAVID JOYNER, P.C.

_____
C. DAVID JOYNER
Georgia State Bar No. 405528
Attorney for Defendant

1305 Mall of Georgia Blvd. Suite 130
Buford, Georgia 30519
(770) 614-6415