IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| v. | * Case No.: CR21-645 |
| KEVIN DOUGLAS CREEK, | * |
| Defendant. | * |

* * * * * * * * * * * * * *

## MOTION TO WITHDRAW

BRIAN M. BOYLE, local counsel for Defendant, moves this Honorable Court to allow him to withdraw from representation of the Defendant in the above-styled action and, in support states as follows:

1. I entered my appearance as co-counsel for Mr. Creek on or about June 17, 2021. At that time, I sponsored the application for admission of C. David Joyner as lead counsel for Defendant, Mr. Creek, which was granted.

2. The Court recently granted Mr. Joyner's request to withdraw from the case based on a conflict.

3. The Defendant has retained Troy Jones, Esq. and Greg Brown, Esq. to represent him, both of whom entered their appearance.

4. Mr. Jones consents to my withdraw on behalf of Mr. Creek.

5. Since the Defendant has new counsel who has already entered an appearance in this case, withdrawal of the undersigned counsel will not unduly delay trial of the case or be unfairly prejudicial to any party, or otherwise not be in the interests of justice.

WHEREFORE, Brian M. Boyle hereby respectfully requests that this Court strike his appearance as counsel for Mr. Creek in this action.

This 5th day of January, 2022

                                          Respectfully Submitted,

                                          _____/s/_____Brian M. Boyle_____
                                          Brian M. Boyle
                                          DC Bar# 999925
                                          Neuberger, Quinn, Gielen, Rubin & Gibber, P.A.
                                          One South Street, 27th Floor
                                          Baltimore, Maryland  21202
                                          410-332-8541 (Direct)
                                          410-332-8543 (Fax)
                                          bmb@nqgrg.com

                                          *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on this 5th day of January 2022, Motion to Withdraw was filed via ECT and sent via United States Postal Service, to:

> Jacob Strain
> Assistant United States Attorney
> 111 South Main Street, #1800
> Salt Lake City, Utah 84111
>
> *Counsel for the United States*
>
>
> Troy B. Jones, Esq.
> Law Offices of Troy B. Jones
> 418 S. Gay Street, Suite 204
> P.O. Box 2308
> Knoxville, TN 37902
>
> Gregory Brown, Esq.
> Lowe Yeager & Brown PLLC
> 900 South Gay Street
> Suite 2102
> Knoxville, TN 37902
>
> *Counsel for Defendant*

                                          /s/   Brian M. Boyle
                                          Brian M. Boyle