IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | Case No.: 1:21-cr-00645-DLF |
| ) | |
| vs. ) | |
| ) | |
| KEVIN DOUGLAS CREEK ) | |
| ) | |
| Defendant. ) | |

## AMENDED JOINT MOTION FOR CONTINUANCE

COME NOW defendant by and through Counsel Troy B. Jones of the Law Office of Troy B. Jones and moves the Court for a continuance of the Sentencing Hearing scheduled for March 10, 2022, in accordance with the Legal Suggestions attached hereto:

### LEGAL SUGGESTIONS

1. This cause in currently set for Sentencing Hearing on March 10, 2022.
2. Counsel spoke with AUSA Jacob Strain who does not object to this continuance. We have discussed the length of time for the continuance and have suggested to the Court a hearing date of May 1, 2, 3, 2022.
3. Counsel is dealing with several trials in the coming months and taking the Florida Bar Exam.
4. The parties also agree that, should any of the above-referenced proposed dates be inconvenient or acceptable for any reason, the Court has the discretion to set other dates which are more convenient or acceptable. However, counsel request that, in any event, the current proposed dates in this matter be continued to a time that is at least during the month of May 2022.

WHEREFORE, counsel prays for an order herein that the Sentencing Hearing herein be continued and for such other and further relief as the Court deems just and proper.

                                           Respectfully submitted

                                           /s/ Troy B. Jones
                                           Troy B. Jones, TN Bar # 33064
                                           *Attorney for Defendant*

LAW OFFICE OF TROY B. JONES
418 S. Gay Street, Suite 204
P.O. Box 2308
Knoxville, Tennessee 37901
PH: (865) 456-5901
Fax: (865) 262-8855

Gregory Brown, Esq.
LOWE YEAGER & BROWN, PLLC
900 South Gay Street, Suite 2102
Knoxville, Tennessee 37902
PH: (865) 521-6527
gb@lyblaw.net

## CERTIFICATE OF SERVICE

      I hereby certify that on January 24, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to United States Attorneys, Salt Lake City, UT.

                                           /s/ Troy B. Jones
                                           Troy B. Jones