| CAUTION: NOT TO BE USED FOR IDENTIFICATION PURPOSES | THIS IS AN IMPORTANT RECORD SAFEGUARD IT | ANY ALTERATIONS IN SHADED AREAS RENDER FORM VOID |
|---|---|---|

## CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY

**1. NAME (Last, First, Middle)**
CREEK Kevin Douglas

**2. DEPARTMENT, COMPONENT AND BRANCH**
USMC - 11

**3. SOCIAL SECURITY NO.**
130 54 1247

**4.a GRADE, RATE OR RANK**
Sgt

**4.b PAY GRADE**
E4

**5. DATE OF BIRTH (YYMMDD)**
741111

**6. RESERVE OBLIG TERM DATE**
Year 03 Month 06 Day 09

**7.a PLACE OF ENTRY INTO ACTIVE DUTY**
Atlanta GA 30303

**7.b HOME OF RECORD AT TIME OF ENTRY (City and state, or complete address if known)**
804 Ridge Creek Ln
Woodstock GA 30188

**8.a LAST DUTY ASSIGNMENT AND MAJOR COMMAND**
2dMaintBn 2dFSSG PSC Box 20127 CLNC 28542

**8.b STATION WHERE SEPARATED**
2dMaintBn 2dFSSG PSC Box 20127 RUC 27121

**9. COMMAND TO WHICH TRANSFERRED**
Marine Corps Reserve Support Command (MCRSC), 15303 Andrews Road,

**10. SGLI COVERAGE** Amount: $200,000  None

**11. PRIMARY SPECIALTY** (List number, title and years and months in specialty. List additional specialty numbers and titles involving periods of one or more years.)

3531 - Motor Vehicle Operator
3 Years

3536 - Vehicle Recovery Operator
2 Years 11 Months

BEST COPY AVAILABLE

**12. RECORD OF SERVICE**

| | Year(s) | Month(s) | Day(s) |
|---|---|---|---|
| a. Date Entered AD This Period | 95 | 06 | 02 |
| b. Separation Date This Period | 99 | 08 | 10 |
| c. Net Active Service This Period | 04 | 02 | 09 |
| d. Total Prior Active Service | 00 | 00 | 00 |
| e. Total Prior Inactive Service | 00 | 02 | 23 |
| f. Foreign Service | 00 | 00 | 00 |
| g. Sea Service | 00 | 00 | 00 |
| h. Effective Date of Pay Grade | 98 | 06 | 01 |

**13. DECORATIONS, MEDALS, BADGES, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED (All periods of service)**
National Defense Service Medal, Letter of Appreciation, Humanitarian Service Medal w/1 Star, Joint Meritorious Unit Award, Rifle Expert Badge (2nd Award)

CERTIFIED A TRUE COPY

**14. MILITARY EDUCATION** (Course title, number of weeks, and month and year completed)
Motor Vehicle Operator Course (35X) 1996
Vehicle Recovery Course (CAJ) 1996

MilPersCm,MMSB-12,RecCorrespSect
Headquarters, U.S. Marine Corps

**15.a MEMBER CONTRIBUTED TO POST-VIETNAM ERA VETERANS' EDUCATIONAL ASSISTANCE PROGRAM**  Yes / No X

**15.b HIGH SCHOOL GRADUATE OR EQUIVALENT**  Yes X / No

**16. DAYS ACCRUED LEAVE PAID**
RLB 0.0  SLB 0.0

**17. MEMBER WAS PROVIDED COMPLETE DENTAL EXAMINATION AND ALL APPROPRIATE DENTAL SERVICES AND TREATMENT WITHIN 90 DAYS PRIOR TO SEPARATION**  Yes X / No

**18. REMARKS**
Item 9 CONT - Kansas City South Airport, Kansas City, Missouri 64147-5000 (RUC 36005). "While a member of the Marine Corps Reserve, you will keep the Commanding General, MCRSC (Toll free 1-800-255-5082) informed of any change of address, marital status, number of dependents, civilian employment, or physical standards." "Subject to active duty recall and/or annual screening."

Good Conduct Medal Period Commences- 980916
MGIB Total with held to date $1,200.00

**19.a MAILING ADDRESS AFTER SEPARATION (Include Zip Code)**
Sgt. A-11 30 Cooper Lake Rd
Mableton GA 30059

**19.b NEAREST RELATIVE (Name and address - include Zip Code)**
Catherine Creek - Mother
Same as block 19a

**20. MEMBER REQUESTS COPY 6 BE SENT TO**  GA  DIR. OF VET AFFAIRS X Yes / No

**21. SIGNATURE OF MEMBER BEING SEPARATED**

**22. OFFICIAL AUTHORIZED TO SIGN (Typed name, grade, title and signature)**
V. PEREZ, GySgt, AdminChf

### SPECIAL ADDITIONAL INFORMATION (For use by authorized agencies only)

**23. TYPE OF SEPARATION**
Release From Active Duty

**24. CHARACTER OF SERVICE (Include upgrades)**
HONORABLE

**25. SEPARATION AUTHORITY**
MARCORSEPMAN PAR 1005

**26. SEPARATION CODE**
MBK1

**27. REENTRY CODE**
RE-1A

**28. NARRATIVE REASON FOR SEPARATION**
Completion of Required Active Service (EAS) USMC

**29. DATES OF TIME LOST DURING THIS PERIOD**
0600 980817 - 0555 980819

**30. MEMBER REQUESTS COPY 4**
Initials

DD Form 214, NOV 88  S/N 0102-LF-006-5500  Previous editions are obsolete.   SERVICE-2





**UNITED STATES MARINE CORPS**
2d MAINTENANCE BATTALION
2d FORCE SERVICE SUPPORT GROUP
POSTAL SERVICE CENTER BOX 20127
CAMP LEJEUNE, NORTH CAROLINA 28542-0127

IN REPLY REFER TO
1650
ADJ/fp
13 Nov 98

From: Commanding Officer, 2d Maintenance Battalion
To: Corporal Kevin D. Creek 130 54 1247/3536 USMC
Via: Commanding Officer, Motor Transport Maintenance Company

Subj: **CERTIFICATE OF COMMENDATION**

1. Forwarded, with pleasure.

F. PEREZ
By direction



**UNITED STATES MARINE CORPS**
COMBAT SERVICE SUPPORT DETACHMENT 69
2D FORCE SERVICE SUPPORT GROUP
U.S. MARINE FORCES, ATLANTIC
CAMP LEJEUNE, NORTH CAROLINA 28542

IN REPLY REFER TO
1650
S-1
22 Feb 99

From: Commanding Officer, Combat Service Support Detachment 69
To:   Sergeant Clay A. Greene 402 29 0552/2861 USMC
      Sergeant Boris K. Peredo 225 57 0225/1181 USMC
      Sergeant Dennis M. Sturgil 593 12 2131/1142 USMC
      Corporal Chris S. Amancio 080 78 4996/1171 USMC
      Corporal Linton W. Bowers 522 59 2366/1142 USMC
      Corporal Kevin D. Creek 130 54 1247/3536 USMC
      Corporal Matthew J. Richards 022 70 0530/1161 USMC
      Lance Corporal Sheldon A. Argo 251 41 6520/1341 USMC
      Lance Corporal Daniel J. Carroll 017 70 8698/1341 USMC
      Lance Corporal Antonio Hernandez 446 92 4592/3521 USMC
      Lance Corporal Joshua J. Keenan 379 90 5183/3521 USMC
      Lance Corporal Chris L. Lewis 299 60 6932/1341 USMC
      Lance Corporal Kristopher D. Salas 374 80 5344/2171 USMC
      Lance Corporal David B. Winburn 250 61 7835/1171 USMC
      Private First Class Donavan M. May 501 78 5008/2111 USMC
Via:  Commanding Officer, 2d Maintenance Battalion

Subj: CERTIFICATE OF COMMENDATION

Encl: (1) Certificate of Commendations

1. Forwarded, with pleasure.

S./M. WALLON
By direction



UNITED STATES MARINE CORPS
2d MAINTENANCE BATTALION
2d FORCE SERVICE SUPPORT GROUP
POSTAL SERVICE CENTER 20127
CAMP LEJEUNE, NORTH CAROLINA 28542-0127

IN REPLY REFER TO
1650
CO
05 Dec 96

From: Commanding Officer, Motor Transport Maintenance Company
To:   PFC Creek, K. D. 130 54 1247/3521 USMC

Subj: LETTER OF APPRECIATION

1. On behalf of all the Marines and families of MTM Company, I would like to extend my sincere appreciation for your personal involvement in organizing the **First Annual MTM Company Halloween Family Day**. Whether you volunteered your services by assisting in the creating the haunted house, participating as a haunted house creature, donating items to decorate the haunted house or being involved in more than one area, it ultimately was your thoughts, desire and personal attention that made this day a tremendous success. I have received only positive comments from the families and the Marines regarding the fun they had. While our ultimate goal of providing a safe and eventful day for the children was met, the entire family day experience far exceeded my expectations.

2. Thank you once again for efforts and making the entire MTM Company Family as close of a group as possible. A JOB WELL DONE!

M. L. STOOTE



**UNITED STATES MARINE CORPS**
MARINE CORPS BASE
PSC BOX 20004
CAMP LEJEUNE, NORTH CAROLINA 28542-0004

IN REPLY REFER TO

1650
MWR
2 3 JAN 1997

From: Assistant Chief of Staff, Morale, Welfare and Recreation, Marine Corps Base, Camp Lejeune
To:   LCPL K. D. Creek 130 54 1247/3521 USMC
Via:  Commanding Officer, 2d Maintenance Batallion, 2d Force Service Support Group

Subj: LETTER OF APPRECIATION

1. Please accept my sincere thanks for your hard work and dedication in support of the MWR Base Holiday Party, "RoboRave," on 20 December 1996. We are very fortunate to have people like yourself, willing to volunteer several hours of your time to provide your fellow Marines and Sailors a quality event where they can enjoy themselves. Your effort produced a first-class party that benefited several hundred of your fellow Marines and Sailors. I have heard several accolades that tell me your labors were greatly appreciated by those who attended the party. You can add my appreciation, on behalf of all MWR employees, to the list.

2. Thank you once again for your help.

J. R. STEWART



*To all who shall see these presents, greeting:*

*Know Ye, that reposing special trust and confidence in the fidelity and abilities of* KEVIN D. CREEK 130 54 1247 *, I do appoint this Marine a* PRIVATE FIRST CLASS (MERITORIOUSLY) *in the*

# United States Marine Corps

*to rank as such from the* SECOND *day of* OCTOBER *, nineteen hundred and* NINETY-FIVE.

*This appointee will therefore carefully and diligently discharge the duties of the grade to which appointed by doing and performing all manner of things thereunto pertaining. And I do strictly charge and require all personnel of lesser grade to render obedience to appropriate orders. And this appointee is to observe and follow such orders and directions as may be given from time to time by Superiors acting according to the rules and articles governing the discipline of the* **Armed Forces of the United States of America**

*Given under my hand at* 1ST RTBN, RTR, MCRD, PISC *this* TWENTY-SIXTH *day of* OCTOBER *, in the year of our Lord nineteen hundred and* NINETY-FIVE.

AUTHORITY MCO P1400.32A par 4200.1b

DATE PROMOTION IS EFFECTIVE FOR PAY AND ALLOWANCES   26 October 1995

J. D. BROWN
Lieutenant Colonel, USMC
Commanding

DD FORM

S/N 0102-LF-011-0500



# PERSONAL RESPONSIBILITY AND VALUES EDUCATION AND TRAINING

*This is to certify that*

## PVT KEVIN D. CREEK

*on this day of* Twenty one March, Nineteen Hundred and Ninety-six

*has completed the course of instruction in Personal Control Skills for Prevention of Alcohol and other Drug Abuse, other high-risk behavior, and Promotion of Individual Readiness.*

_____
Facilitator

T. R. Marsh
L.R. MARSH
Rear Admiral, U.S. Navy

_____ LT, USN
Director