Honorable Dabney Friedrich Judge
United States District Court

Dear Judge Friedrich,

    My name is Ausra Diktoniene. My family and I have had the pleasure to meet Kevin Creek 10 years ago by our mutual Lithuanian friends that were in relation to Kevin and Jurga Creek. Meeting Kevin was an exciting non-awkward moment that sparked an instant friendship moving forward. Kevin is a very likeable, outgoing, goodhearted, honest man, who has always been a man of his word and pleased others. His true values were shown by how much he loved his country, family, and God through acts of kindness. Over the years, Kevin was not only liked by us, but admired by our children. Each time we met with Kevin, he always made sure to constantly check up on our children and ask about their days, lifestyle activities, and future endeavors. As for me and my husband, he became a friend to rely on throughout all our life's obstacles. Kevin once drover over 3 hours to a retail store and then to our home after a last-minute call to help us move a couch that was not fitting in our car. When my husband was working on his "lifetime project" on our home by replacing siding and windows, Kevin was the only one of out of our many friends that instantly came to help for two full days of hard labor without accepting a simple gift card. He would acknowledge this is the meaning of friendship, to help each other without the need of gifts or pay. A simple thank you was good enough for him. We've admired Kevin's dedication to his children in supporting them academically and athletically. He was always present in his children's lives and always was willing to give more to his children than he has ever had in his lifetime. His daughter for example, received a D1 scholarship through volleyball, and this was made possible through Kevin's hard work and dedication towards pushing his daughter and never giving up on her. He would provide private coaching, physical therapy sessions, and emotional and physical support. We often say that his daughter's D1 scholarship is hard earned by Kevin.

    When my family and I heard about the charges against Kevin we were taken completely off guard.  This is not the Kevin we know and was totally out of his character. My husband commented that if Kevin acted as such then he must have been severely provoked in some manner.  The Kevin we know helps people. He was a former Marine, so he took a lot of pride in the American flag and his beloved America. He loves this country as all proud citizens should.

    We believe that if Kevin were to be imprisoned it would deeply impact not only Kevin but mostly his family. Not only will this leave Jurga Creek with two children to carry on daily life alone, but this would impact his children's life. As for his daughter, it would be hard to start her first year in college and play since Kevin is her biggest advisor and supporter. As for his son, he is starting his teenage years and I know his father's absence would be crucial to him as he loves his dad unconditionally and Kevin is his go-to for everything.

    Please have mercy with your decision on Kevin Creek as he is already extremely down and depressed for several months. Kevin is a good-hearted man that protects his family and loved ones with all he can. Kevin does not want harm to anyone and is willing to do anything that is right.

Sincerely,
Ausra Diktoniene

Charles Harmon
5035 Maristone Court
Cumming, GA 30040
12/24/2021

The Honorable Dabney L. Friedrich
Judge, United States District Court

Dear Judge Friedrich:

I am writing you on behalf of Kevin Creek whom we have known for more than ten years. Initially we met through the Lithuanian community of Atlanta, as both of our spouses are Lithuanian and our children attended the same Lithuanian community school together.

Over the course of those years, we have watched our kids grow older and have come together often as families do. Kevin is one of the most dedicated fathers to his kids that I have ever met. He spends time with them, celebrates their interests, and encourages them to always do their best. Next year, his daughter will attend college on a full Volleyball scholarship, an accomplishment I believe was due in large part to the dedicated involvement and encouragement by her father. Kevin also served his country as a dedicated Marine and is very proud of that fact, as he should be.

I have personally spoken to Kevin about the events on January 6th and I am fully convinced that he deeply regrets his actions that day and what led up to them, and he wishes that he could turn back the clock entirely on the whole event. It is my opinion that Kevin got caught up in the moment of the events of that day and made a series of errors in judgement and actions which to me were entirely out of character and misplaced.

I would ask that your Honor consider Kevin's good record and dedication to his family, business, and community. Already I have witnessed how his brief incarceration has deeply affected his health and his business. This ordeal has of course not only affected him, but also his wife and his two children. While the family is preparing for his absence in the daily presence of their lives, I would encourage you to also consider the hardships that it will cause both individually to Kevin as well as his family, financially and otherwise.

Sincerely,

Charles Harmon

Honorable Dabney Friedrich, Judge
United States District Court


December 28, 2021


My name is Darius Strazdas.  I met Kevin Creek over 18 years ago through my wife Egle who worked with Kevin's wife Jurga.

Kevin's and my friendship deepened through the years, and he has been with me through all the ups and downs of my life. In my view, Kevin is a very warm, kind, caring, intelligent, and hardworking person who is devoted to his family and community. As a matter of fact, he has volunteered numerous times for our Lithuanian community, too. In addition to possessing the aforementioned character traits, Kevin is a very trustworthy and responsible person. Therefore, he is loved and cherished by the most respectable Lithuanian community members I know. I've witnessed Kevin as a big-hearted, generous, empathic individual giving his attention and resources to the most vulnerable people around him. Furthermore, he is an extremely talented musician who always lightens the hearts of his listeners at church events.

I was shocked to hear about his misconduct. While it is unfortunate that Kevin has made this serious mistake, he has expressed a very deep sense of remorse about it. Our community would never be the same without him.

It is my sincere hope that the court will take this letter into consideration at the time of sentencing. Despite the currently pending case, I still believe Kevin Creek to be an honorable individual, a very valuable member of my community and a good human being.


Sincerely,

Darius Strazdas

2853 Forest Chase Dr.  N.E.

Marietta GA 30066

Denise L Jones
6520 Black Oak Drive
Cumming, GA 30040

December 29, 2021

Honorable Dabney Friedrich, Judge
United States District Court

Dear Judge Friedrich,

My name is Denise Jones and I have built a successful, technical career over the past 30 years.  I currently work as a Sr. Software Specialist for Microsoft.

I am writing this letter to help you to understand the integrity, caring nature and commitment of Kevin Creek.  He has served our country with his service as a Corporal in the Marine Corps.

Kevin and I met 3 years ago when his company, Nailed it Roofing and Restoration, replaced my roof at a previous address.

As a professional, he is very dedicated to his craft and he spent an extended amount of time helping me to understand the process, methodology and details of the roof replacement.  He and his team have also recently replaced the roof on our current home after I engaged him due to his previous work and reputation.

Kevin and I have become friends during the reroofing process as we have children in common and share parenting ideas and what has "worked" for each of us.  While spending time with my daughter and me, he offered some useful advice to her regarding boys and what she should tolerate and not tolerate.  She still refers to his advice as it truly had a positive and lasting impact on her.

Kevin is an extremely dedicated and loving dad.  His children are his first priority, and he would not intentionally do something that would limit or take time away from them.

Kevin does not deserve to spend time incarcerated as he had no intention of getting involved in or being a part of the insurgence that happened at the US capital in January of this year.  He was not aware of what was happening and was as surprised as the rest of the country when he saw what had happened inside the building.  It is simply not in Kevin's nature to act aggressively toward any person or living thing. He is a dedicated family man with a thriving business.  Both would suffer terribly if he were put behind bars.  I would trust Kevin with my own children.  He is a deeply empathetic, caring and gentle man.

I appreciate your time and consideration of my plea for Kevin's freedom and will trust you to make the right decision.

Respectfully,

Denise L Jones
DLJ/dlj
Cc:  file

Honorable Judge Dabney Friedrich                                          12.28.2021
United States District Court

My name is Dmitry Huryn. I am the owner of P-G Wood Imports, LLC located in Alpharetta, GA and a longtime friend of Kevin Creek. His wife Jurga Creek has been with my company for over 10 years. In that time, I have gotten to know Kevin, Kevin's daughter Sofi (17), and his son Max (13). I've watched him raise his children and support his family.

I recently held my company Christmas party and learned of Kevin's guilty plea. It was clear to me that Kevin's feelings reflected sincerity, embarrassment, shame and remorse. His family, his friends, and his self-respect have all taken a beating. I was able to observe first-hand a man who was contrite and who expressed sincere regret for his involvement and concern for the future of his family.

Kevin is a Marine. He served his country for 4 years. During that time he was meritoriously promoted, not once, but twice. Kevin left the Marine Corps after 4 years and focused on building a life for himself and his future family.

Kevin runs a successful roofing business called Nailed It Roofing & Restoration LLC. A business he started in 2016. Today Kevin employs about 20 employees (1099's) who help repair damaged buildings. For the past 6 years, from 2016 to 2021, Kevin's business has won a Houzz Best of Service award. This award is for remodeling professionals who have earned praise in the community.

Kevin volunteered at Sugar Hill Church as a member of the band. He was the Den Leader for Max's cub scout troop. I believe he was even Max's soccer coach at one time. Max loves and needs his father.

Kevin's daughter Sofi was blessed with amazing volleyball skills. She has travelled all over the United States playing at various national tournaments. Not only does Kevin coach his daughter, but almost without fail, Kevin will attend every game, be that at home or away. Sofi recently got a full scholarship with Marist College for volleyball. Kevin and Jurga were thrilled at Sofi's success. This is something that I attribute to her dad's constant love and support.

I recognize that this information may seem inconsistent with the person you see before you but, in my humble opinion, Kevin is not a bad man. He got caught up in a situation that he should not have. While he does need to make reparations to the community for his behavior, taking Kevin away from his family, his employees and his community will destroy more lives than just his. Kevin has very definitely learned his lesson and I believe, given a modicum of grace, he will increase his service to his community, he will play that grace forward, and never allow himself to stray again.

I implore you to honor his service, maintain his family, and give him a chance to continue contributing to his community, his family, friends, and to society.

Thank you for allowing me to express my thoughts.

Sincerely,

Dmitry Huryn

2055 Park Glenn Drive

Alpharetta, GA 30005

December 29, 2021

The Honorable Dabney L. Friedrich
Judge of the U.S. District Court for the District of Columbia
333 Constitution Avenue, NW
Washington D.C. 20001

Dear Judge Friedrich,

This letter concerns Mr. Kevin Creek and his sentencing hearing on March 10th, 2022.

As background, I am a former U.S. Navy officer, engineer, and owner/co-owner of several small businesses.

Mr. Creek and his company were contracted for two projects at my house, replacing the roof and the boat dock. I specifically chose Mr. Creek because he was a United States Marine.

My experience with Marines as fellow military officers, as employees, and as business partners has been exceptional. Marines are straightforward, honest, make commitments, and keep those commitments. These are Mr. Creek's attributes.

By volunteering for the Marine Corps, Mr. Creek pledged service to the United States, up to and including his own life. He deployed to Central America and Puerto Rico to assist with hurricane humanitarian relief. He also deployed to Norway and Estonia for NATO Baltic/Scandinavian defense exercises.

During construction, I was able to observe the quality of Mr. Creek's work and to talk with him about his family as we inspected the construction progress.

Mr. Creek is devoted to his wife. He takes great pride in his children and their accomplishments. He views his family's welfare as his responsibility.

Two observations about Mr. Creek's work at our home which are reflective of his character.

First, he made commitments and kept them. There were no shortcuts taken; no cheap materials. The work was of the highest quality, delivered on-time and on-budget. This in itself is a remarkable occurrence, particularly in modern construction.

Secondly, Mr. Creek is a true craftsman and artisan. He takes great pride in the beauty of the completed project. Mr. Creek took additional steps, not called for in the contracts, to prevent water intrusion in the roof, and to ensure the structural integrity of the dock. With both the dock and the roof, every detail is perfect and will easily stand the test of time.

I understand the charges against Mr. Creek for his actions on January 6th, 2021, and believe the charges to be very uncharacteristic of the honest and forthright manner that Mr. Creek lives his life.

I am requesting that the court show mercy on Mr. Creek. He was incarcerated for weeks, waiting on the bail procedures to be completed. And although the confirming video has not yet been found, I understand that on January 6th, Mr. Creek rescued a female police officer in duress, and administered first aid to multiple individuals.

By allowing Mr. Creek the freedom to continue his normal life, he will be able to continue to take care of his family, and operate his company which keeps other individuals employed as well. With community service, Mr. Creek could contribute his construction and management skills to organizations like Habitat for Humanity or other charities involved with building homes for individuals in need.

Thank you for taking the time to read this letter, and for your consideration.

Respectfully,

Frank Wingate
Post Office Box 2728
Alpharetta, Georgia 30023

From: Juozas Kazlauskas

4855 Hansons Farms Lane,

Cumming GA 30040


To: Honorable Dabney Friedrich, Judge

United States District Court


Re: Kevin Creek


Your Honor,

My name is Juozas Kazlauskas, friends call me Joe. I am a husband of 16 years and father of two wonderful children. I have work as Microsystems Coordinator at Northside Hospital in Forsyth County Georgia for the past 9 years and for the 4 years as the President of the Lithuanian American Community (LAC) of Atlanta. Our community has four hundred plus active members and Kevin is one of them. Although he is not Lithuanian, his wife Jurga is. It is important for him that his kids would be part of both cultures. He participates and assists in most of our organized events, even though they are in Lithuanian. LAC is a non-profit organization and every event relies on volunteers. Kevin has volunteered many times as guitar player in our Lithuanian Catholic Masses and in our Lithuanian Christmas parties. He is in the process of learning our language, and it is impressive how much he has learned considering it is a difficult language to learn. I've known Kevin for about 14 years. He always was a good father, loving husband and a reliable friend. He is always willing to help when someone is in need. He is easy to get along with. Our families have been getting together for years. I have had many discussions on different subjects with Kevin and even when our opinions separate, in the end we still respect each other and like real men - hug it out. As a military man he was trained to stand for what he believed is right. When we heard about his charges we were in disbelief. The picture the media was trying to paint of him was too far from the truth. He is not the monster they want everyone to see. Claims that he was not remorseful for his actions are just unbelievable. I've seen him tear up when discussing the situation and have heard personally how he regrets every second of that day. I've also seen him tear up when his daughter scored a winning point in her volleyball game. He has never missed a single game. I know how much he loves his family and the idea of separation would bring him to his knees. I know that Kevin is being charged with assaulting a police officer and I believe that he is truthfully sorry for any mistakes he made and he would never repeat them again. Please consider his family when making a fair decision. His son needs his father, especially now that he is entering the teenage world.


Sincerely,

Juozas Kazlauskas

Honorable Dabney L Friedrich
United States District Court for the District of Columbia
E. Barrett Prettyman U.S. Courthouse
333 Constitutions Ave, N.W., Washington, D.C. 20001

Dear Judge Friedrich,

My name is Kevin Saylor. I am a financial advisor in the Atlanta metro area, writing to you on behalf of my friend, Kevin Creek, whom I have known since 2017. I met him as a guest at a dinner party he and his wife hosted in their home. We found commonality in family, music, and the fact that we both served in the military. I was a U.S. Navy Hospital Corpsman for almost 9 years.

 I've gotten to know Kevin and his entire family quite well. We are frequently in each other's homes and socialize in the same circles. Sharing a love of sports, Kevin and I often talk about his daughter, Sofi, and her aspiration of going to college on a volleyball scholarship, a goal she just achieved. She will be attending Marist College in the fall of 2022. Kevin had a large part in this as he was her personal coach for years, traveled with her to many tournaments, and made the usual money and time commitment required to help a child excel in a competitive sport. Kevin is a devoted father to his children and is heavily involved in their lives. He routinely expresses to me how proud he is of them. Max, his son, is a few years younger than Sofi and very much attached to him, clinging to his every word and action. Kevin equally devotes his time to Max and supports his interests and development. Max adores his father.

I've also gotten to know Kevin through the eyes of my partner, Rasa. She's known Kevin and his wife even before they were married and had children. The 3 of them are very close. Rasa has shared many stories with me of how two young people with little means, a U.S. Marine Corps veteran and an immigrant from Lithuania, built a marriage, business and raised a family together. These stories have given me insight into Kevin's true character and nature that I wouldn't otherwise have.

Everything that I've heard second hand and from my personal experiences knowing Kevin indicates that he is a devoted husband, father, and hard-working business owner. The events that led to Kevin being in this situation are shocking, unexpected, and certainly out of character as it relates to everything that I know about him. From my vantage point, it does not represent who he is or any past behavior by him. Kevin has expressed his deep regret to me, and I believe him.

Your Honor, as it relates to Kevin's case, I don't pretend to understand complex legal concepts.  However, I strongly believe that further incarceration would serve no purpose other than harming Kevin's family. An uncommon lapse of judgment has already cost Kevin time in jail, hurt his income-producing ability, and marred his reputation. Most importantly, his children would be devastated without their father's needed presence, especially the younger Max. Kevin Creek is a good and honorable man who made a mistake. I believe justice would be better served by Kevin returning to being the active and productive community member that he always has been and being able to continue to support his family.


Sincerely,

Kevin Saylor
3540 Chastain Court
Alpharetta, GA 30004

Mareks Meija
110 Lockbridge Ct.
Johns Creek, GA 30022

December 17, 2021

The Honorable Dabney Friedrich
Judge of the United States District Court for the District of Columbia
333 Constitution Ave. NW
Washington, DC 20001

Re: Kevin Creek

Dear Judge Friedrich,

My name is Mareks Meija.  My wife Reda and I have been married for 20 years.  We have two boys 14 & 6.  I am a Store Operations project manager for Floor and Decor. I've been with the company for 19 years.

My family and I met Kevin and his family over 13 years ago through mutual family friends. Over the years our families have developed a very close friendship with countless dinners, vacations, and camping trips. Aside from constant get-togethers, we have taken at least three vacation trips every year with our families for the last ten years. We've babysat each other's kids and are really good friends.

Kevin owns a roofing and remodeling business and has extensive knowledge of construction. With that said, he has offered his advice and helped numerous friends, including myself, to work on their home improvement projects without asking or expecting anything in return.  I've seen Kevin help our mutual friend work on his deck and roof on a hot summer day without stopping until it was completed. No corner-cutting to get it done faster because it wasn't a paying job. He once came to inspect our roof and gave us honest advice that the roof did not need any repairs or replacement when he could've have easily recommended repairs and made some money off us.

Kevin is extremely involved with his family. Kevin has been married to his wife Jurgita for 18 years.  He has given his son Max the opportunity to try all kinds of different sports and pushed him to join clubs such as chess club, math club and Cub scouts.  Kevin was Max's Den leader, BMX coach and soccer coach.  I believe supporting his daughter Sofi in volleyball, training her, and taking her to tournaments all around the country played a

huge part in Sofi earning an athletic scholarship to play volleyball in college.  Sofi is a senior in high school and will be going to college next year.

I was shocked to hear about Kevin's arrest and the actions with which he is charged. Kevin has served in the military, and he is proud to be a Marine. I've never heard Kevin talk about violence, let alone using it. This behavior is entirely out of character for him. I know what Kevin is potentially facing for his actions and I believe that if he was to be imprisoned it would crush his family.  I believe it would be devastating to his son Max and his daughter Sofi.  Max is 13 and at this age he needs his father as these are very crucial years for Max.  Kevin owns a business and is the breadwinner in the family. I understand that the charges Kevin is facing cannot go unpunished.  A prison sentence would be devastating to his whole family and also the families of the workers he employs.

I really appreciate you taking the time to read this letter

Sincerely,

Mareks Meija

Honorable Judge Friedrich

United States District Court


Your Honor,

I am writing in reference to Kevin Creek who is appearing before your court

The aim of this letter is to present the good character of Kevin Creek

My family and I have been friends with Kevin Creek and his family for over 8 years. We have had many family vacations together throughout the years.  Each year we go as families to the beach a minimum of two times.  We go skiing at least once a year together and we go on multiple camping trips throughout the year.  Kevin is the guy who will spend all day on the beach pushing the kids into the waves on an air mattress.  We live within walking distance from one another.  Since I have known Kevin, I have had a chance to witness many aspects of his personality and family ethics, all of which are extremely impressive.

Kevin Creek is a person of good moral character who cares about the people around him and makes sure he always does the right thing in all situations. He is a tireless worker who is honest and kind.  Kevin has a great deal of integrity and is dedicated to the well- being of others.

I was shocked to hear that Kevin is facing sentencing for assaulting an officer.  In the 8 years I have known Kevin I have not even seen him get angry.  Kevin is mild mannered and kind.  Kevin's wife loves him more than life itself and his kids adore him.

I hope this letter will give you an idea of Kevin's real character and help him get a second chance to prove this was an unusual occurrence


Yours Sincerely,

Maksims Roskovs

510 Birch Forest Lane

Alpharetta, GA 30005

Richard & Ramune Badauskas
9975 Feather Sound Court
Alpharetta, GA 30022


Honorable Dabney Friedrich
United States District Court

December 29, 2021


Your Honor,

Re: Kevin Creek

We are Richard Badauskas, a retired Australian attorney and American businessman and Ramune Badauskas, his wife, who was responsible for developing and managing the non-profit known as the Atlanta Lithuanian American Community.

We were responsible for managing this non-profit for two decades starting in 1990. During this time, we've helped a number of Lithuanian's that included Jurga Creek integrate into the American community with  her American husband Kevin Creek.

We have known Kevin Creek and his family for approximately twenty years. He is a generous family man who has contributed to our community freely.  Kevin has volunteered many times at our events. He is an ex-marine, with a very patriotic love for his country that has never wavered. His warmth and generosity extend to his two children, daughter Sofi, who is completing high school and has already been accepted into college, and son Max, who is in middle school.

We believe that sending Kevin to prison will have a very detrimental effect on his wife and two children; and seriously damage this family unit.

We petition the Court to seek the wisdom of Job, within the strictures of U.S. Federal law, and provide a sentence that allows Kevin Creek to pay adequate reparation for his guilty plea.


Richard and Ramune Badauskas

Honorable Dabney Friedrich, Judge
United States Dear Honorable

Your Honor,

My name is Scott Richter.  I am a retired law enforcement officer with 28 years of exemplary service to The Cobb County Police Department and the community of Cobb County, Georgia. I am writing you on the behalf of Mr. Kevin Creek.

I met Mr. Creek through some club volleyball events that our daughters compete in. I found Mr. Creek to be kind, even tempered and a committed family man. I noted this, as some of these events become very heated and many other parents start acting inappropriately, but not Mr. Creek. Later, I came to know Mr. Creek as a businessman and contractor. I was starting a new career as an electrical contractor. Mr. Creek was helpful, insightful, and measured in dealing with me, the stresses of his business, and assisting me with getting started. Mr. Creek's approach was to always offer assistance and guidance. I have read the news articles about this political event and his actions. I truly believe that he was swept up in the fever surrounding the event. I know how political events today become negatively charged and spiral out of control. I was not present but find his actions as it written to be completely out of character for Mr. Creek and his helpful nature. I believe that he deeply loves this country, his family, and respects law enforcement. I believe that imprisonment or incarceration for this single event would be a travesty for Mr. Creek, the community he serves, and especially his family.

Sincerely,

Scott A Richter
73 Bruce Ct
Dallas, GA 30157
770-842-4988

Sharon M. Bowden
1110 Capital Club Circle
Brookhaven, GA 30319
December 19, 2021

Honorable Judge Dabney Friedrich
United States District Court for the District of Columbia
333 Constitution Ave. N.W., Washington D.C. 20001

Re: Sentencing of Kevin Creek - Defendant, Assault on a Police Officer-

Dear Judge Friedrich:

My name is Sharon M. Bowden, and I am a senior citizen, retired from AT&T after 30 years and I live alone. Also germane to this letter is the fact that I was the victim of a vicious assault 21 years ago; therefore, I am extremely careful with any subcontractors/handymen working in or around my home. I met Keven Creek in January 2020, when he was evaluating the need for a roof replacement on the house next door. I asked him to provide me with a quote as well. He gave me a card and set up a time to see my roof the next week. I also advised him that I would need references. He let me know quickly he/his company was rated "Best of the Best" on "Houzz," a well-respected website for all things Home Improvement related. I checked the website, contacted references and was extremely impressed.

When I met with Kevin the next week, I told him the "Best of the Best Ratings" for several years in a row were impressive and his reviews from customers were equally as impressive, but I needed to know more about his background. He let me know he was a former Marine; but had worked as a member of roofing crews for several years, before starting his own company. He was very involved with his children and their sports activities and was very proud of his daughter who could be eligible for a college scholarship in volleyball. His service to our country weighed heavily in my decision, as my deceased husband, as well as many members of my family are former military. Also knowing that he worked on a crew as a roofer, learning the business firsthand was a top factor for me. He wasn't just the boss, he got up on my roof too, for the evaluation. He smiled when he discussed his children and his active involvement with their athletics helped finalize my decision.

Kevin and his team did an excellent job! Several of my neighbors loved the look of my roof, watched the arduous work being done, so Kevin got 4 more jobs in the neighborhood based on his work/work ethic. The neighbors also speak very highly of him. As a sidenote, Kevin noticed when the shingles on my roof were replaced around the fireplace, that the cedar boards that surrounded the outside of my fireplace were badly cracked and in need of repair or replacement. I asked if he knew a good carpenter. One of his men was a carpenter on the side, so Kevin had him replace and paint the boards at no cost to me, as a "thank you" for the referrals. It is difficult for me to believe what Kevin has been charged with; it is out of character, perhaps he was protecting others or himself. I don't know what happened, but I do know that the kindness and thoughtfulness, he showed me is the man I know, as do my neighbors. I'm glad I chose him and am choosing him again to install a roof on a new house I am building. Kevin Creek is a good, honest man, respected by friends and family and has served his country proudly and honorably.

Sincerely,

Sharon M. Bowden

Honorable Dabney L. Friedrich Judge

United States District Court

My name Is Sigitas Seputis. I am the owner of the mobile coffee business "Chill Latte" operating in the Metro Atlanta area.

I met Kevin 21 years ago when my college friend Jurgita was dating Kevin. Shortly after they got married. Since then, we have become very good friends.

My life experience with Kevin has always been very positive. I watched him spend a lot of time with his family. Everyone saw Kevin being very involved with his kids' educational and sporting activities. He is very passionate in helping his daughter Sofi excel at Volleyball. Without a doubt Kevin's dedication helped Sofia to be accepted to play Volleyball in college.
I hired Kevin's Roofing and Restoration company many times to help me with various projects. Amazing thing is that he never charged me for his service but donated his time. That was especially meaningful to me when my finances were not so good back in the day.
I became very close with Kevin when he invited me to his Church in Sugar Hill, GA. I needed improvement in my personal life, and it really helped me to be a better husband and a dad.  Kevin belonged to a worship group and played guitar in the church band.  Because of Kevin our family felt very welcome in that church. It changed our lives in a very positive way.
Kevin has a very good heart and genuinely is very happy for other people when they do well in life. He proved it by helping our family so many times.
I think Kevin's imprisonment would be devastating not only to him but to all the people that love and respect him. It would be precious time lost and many people would lose on the blessing that Kevin gives. I think it would be especially tragic to his kids. One has just become a teenager, and another is just entering college years. I think Kevin's kids need his dad now more than ever. His wife Jurgita is a very strong woman, but I cannot imagine the hardships she would suffer.
Kevin, whom I know as a former US Marine, is also a very strong person, but I can tell that this season, since his arrest, has been extremely hard for him and his family. I think he is already suffering a form of punishment and I really hope that we and the community do not lose the opportunity to be around him.

Sigitas Seputis
4325 Hiram Lithia Springs Rd
Powder Springs, GA 30127

Dear Honorable Dabney Friedrich, Judge
United States District Court

My name is Timothy James Krueger.  I am a proud father to my
11 year old boy Dylan.  I work at Ascena Retail Group as
Regional Asset Protection Leader.  I have personally known
Kevin for 6 years as one of my closest friends.  Kevin and I met
through our spouses and we immediately became close friends.
I remember the first time we met my ex-wife Lina had Kevin
and Kevin's wife Jurga over for dinner.  Once Kevin and I
learned that we both played guitar we were bonded for life.
Kevin and I have many things in common such as wanting the
best for our families and have had many conversations on
raising children.  Kevin and are also spiritual and have had many
conversations relating to Gods plan for us all.  The one thing
Kevin has done for me as a friend is being there for me when
Lina and I got divorced.  Kevin was my rock and always pointed
me in a positive direction in one of the hardest times of my life.
Kevin has a heart of gold and is the kind of person that would
give his last dollar to help another.  It is with a long history of
kindness and friendship where I know in my heart the actions by
Kevin were completely out of his day-to-day character.  Kevin is
a loving husband and father and loves his family more than life
itself.  I feel Kevin's character needs to be judged by how he has
lived his life, not just by one incident as none of us are perfect.  I
beg of you to really learn more about Kevin's character and all
the good he has done in his life.  I can't think of anything more
tragic than Kevin being taken away from his family.  This would
not only put stress on his marriage, but also Kevin would never
get back the time he would miss with his children.  Both of his
children are at an age where the need their mother and father as
they grow into adulthood.

Please do not hesitate to contact me if you should require any
further information.

Sincerely,
Timothy J. Krueger
3112 Cardinal Lake Dr.
Duluth GA 30096

Honorable Dabney Friedrich, Judge
United States District Court

As a Christian, I believe people come into our lives to bless us and be blessed. Kevin is just such a man to me and my wife, Lenni. My wife and I have suffered a great loss in our life, and I felt comfortable sharing the experience with him. Kevin in turn has shared moments in his life that few others know. In this 6-year relationship as my direct next-door neighbor, I have learned much about Kevin that I respect and admire and now in these dark times, feel deeply concerned for him. Before this event on January 6th, Kevin and I had spoken at length about God, Heaven and our journey as men along the path. Admittedly, the path is rough and steep at times. Since January 6th, Kevin has pursued this endeavor more earnestly. I believe through trials, men are made.

I grew up in a church and thought that going to church was part of being Christian. I have since discovered how foolish this is. It is how one act and behaves when he or she is not in church that determines where one's heart is. Kevin is an excellent example of this truism. His acts of kindness and selflessness are on constant display in our neighborhood. He is quick to help others in need. One night, late, during a thunderstorm, I thought my roof was leaking, so I called Kevin as he is incredibly handy. He crawled up into my dark attic and found the problem. The next day he repaired my roof at no charge.  This is only one such example of his kindness.

Kevin is important to his young family, and I am concerned that if he was away from them, the emotional scars would be permanent on his children's psyche. His youngest, Max, is a smart and friendly boy, but is at an impressionable age. He needs his strong father in his life to help him make good life choices.  His oldest daughter blossomed under his care. He worked with her to become one of the states highest rated volleyball players and secure a Division I scholarship. He gives of his time and money, as any father would do, to give her the best. He is always there for her, and if he were to go away, that might tarnish this image of her unselfish father and cause a rift. A marriage is a living organism requiring nurturing and pruning. Strong, healthy marriages are the cornerstone of America. How many blows can a marriage handle? The added stress and complications added to this marriage if Kevin were to go away could place an irreparable wall between this couple. A good marriage models right behavior for the children, too.

Kevin is a proud Marine who loves America. I believe he was under incredible stress when he acted at the Capital on the 6th of January. The day before he suffered a horrible anxiety attack and was clearly not feeling well. Ever a Marine willing to jump in and save the day, he made a mistake and regrets that terrible moment. But that behavior is not in keeping with the family man I know.

The Kevin Creek I know is a hard-working, family man who has been there to help me and others in times of need.

Sincerely submitted-

Tony Moore
350 Crown Vetch Ln.
Johns Creek, GA 30005

Vaida Ugintaite
1705 Ivey Walk Ct.
Cumming Ga 30041


Honorable Dabney Friedrich Judge
United States District Court

Dear Judge Friedrich,


My name is Vaida Ugintaite. I am writing this character reference letter to express my support to my friend Kevin and his family.

I am a small business owner of Drapery Design By Vaida - a design company for custom curtains and interior design.

I have known Kevin for over 21 years. He married my best friend Jurgita about two decades ago. I was at their lovely wedding. Kevin is a responsible family man, an excellent and loving dad and a great husband! His wife Jurga would always brag on his good qualities regarding the family, and him spending a lot of time with Max - his son and his daughter - Sofia - especially with her volleyball . I was very impressed how he told me about their workouts that he created to help his daughter to become the best at her game. Kevin is very diligent on attending his kids games and practices. I remember many years ago Kevin went beyond to surprise his son on his birthday by dressing up into Max favorite character's outfit - i think it was a Spiderman.  The look on his son face was priceless! Kevin is very knowledgeable in the construction, maintenance and handy work areas. He always would give me the suggestions and ideas on the remodeling projects every time i had a question or needed suggestions. I referred Kevin's roofing company to several of my clients. They were very impressed with Kevin's expertise, the work ethic and job quality. Kevin has a very good heart and is always willing to help in a need situation. I have experienced more than several times his openness and willingness to help. Kevin's family were the first ones to give me a moral support when my dad passed away a several years ago. A few months ago - we had a house fire accident - Kevin was the first to help and guide me with dealing with this situation. Kevin offered us to stay at their house for as long as we would need. Kevin's actions speak louder than his words in the situations where others need help! When i was talking to Kevin for the past several months - i got to see his genuine regret for the wrong to which he contributed. Kevin is a good person. I feel that we developed a great respect and friendship relationship with Kevin over the decades. I consider Kevin a close personal friend. I believe Kevin deserves a second chance to continue to have a positive impact for his family and friends.

Sincerely,
Vaida Ugintaite

To: Honorable Dabney Friedrich, Judge
United States District Court

My name is Vita Venskunaite-Dotson. I work in Gwinnett County Government as the Budget Manager. Integrity and service to the community are the traits I strongly believe in and strive to possess.

Kevin and I met through his wife Jurga Creek about 15 years ago. Jurga and I are immigrants from Lithuania. Over the years our families became friends. We celebrated many American and Lithuanian holidays together, met for birthdays, picnics, and had dinners. Kevin has a diverse and inclusive circle of friends, and my mixed family has always felt at home around him. Moreover, I appreciate Kevin's set of values for which he stands and the way he sees people rather than social status or material things. In 2014 we moved into our modest home and had Kevin and Jurga for dinner. I remember remarking how the home is not open for many friends while we are still settling in, and many essentials were old or missing. Kevin immediately responded with advice that if people judge me based on such values, they may not be true friends or the right people to surround us with.

Kevin is a dedicated husband and father. He embraces his wife's culture and participates in Lithuanian Community events where we often met. Kevin is supportive of the curriculum his children choose while instilling the necessary level of effort and work ethic. Kevin is in all of his daughter's volleyball games and is constantly active with his son. I experienced Kevin's compassion in an accident while visiting his home where my six-year-old daughter tripped and fell smashing a table's glass. Kevin was quick to react and lifted my daughter out of the shattered pile of glass. A piece of glass was stuck in her leg. While I panicked, Kevin cleaned and patched her bloody leg with amazing care and even comforted my daughter. Kevin kindly declined our reimbursement for the table stating that he was glad our daughter was ok and nothing worse has happened. Based on the seriousness of the charges presented against Kevin I felt compelled to share the side of Kevin Creek that we know and have grown to love.

Kevin's personal values spill over into his business where he has occasionally hired people to help them while transitioning between careers rather than to benefit the business. Kevin's company provides exceptional customer service and products that are evident through customer reviews online and is a result of his leadership. I was shocked to read about the charges against Kevin as they simply go against everything that we know of Kevin. While I work in a local government and support all safety officers who help keep our community safe, I have never seen Kevin act against the law, nor have I felt conflicted about his views towards the safety officers. I sincerely believe the listed charges are out of character for Kevin, especially knowing that Kevin's values were built while serving the people of this county as a marine where he spent years prepared to put his life on the line.

I want to express how devastating Kevin's imprisonment might be for his family, friends, and the community. Kevin's daughter is a very talented and skilled volleyball player who has achieved a scholarship thanks to Kevin's motivation, time, and financial stability he provides. She and the school that offered the scholarship rely on Kevin to be able to fulfill his responsibilities as a parent. As a former athlete, I know that parental support can make a difference between quitting or becoming an Olympic athlete. Kevin's son is a teen who is at a pivotal age and needs his father present every day to guide him and help build the necessary values. Legal costs, mental burden, and stress managing the household as a single parent might be a devastating weight to bear for his wife Jurga who has worked very hard to build a stable life for her family. Jurga does not have her parents to lean on in this county. In addition, Kevin's absence will impact the business and the employees whose families rely on him for their income.

Although our family is prepared to be there for Kevin and his family in any way that we can, we cannot replace Kevin in all the important roles he plays as an individual. I plead for you to consider the many right acts, gestures, and choices in Kevin's life when evaluating the charges against him. I sincerely hope that any consequences as a result of Kevin's individual actions were reversible and that no one suffered. I still consider Kevin a valuable contributor to the community and an invaluable person in his family and circle of friends.

Sincerely,

Vita Dotson

2755 Brookton Ln.

Dacula GA 30019