UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) Case No.: 21-CR-00645-DLF |
| | ) |
| KEVIN DOUGLAS CREEK | ) |
| | ) |

## SUPPLEMENT TO SUPPLEMENTAL SENTENCING MEMORANDUM

Kevin Creek, by his attorney, Troy B. Jones, hereby submits the following Supplement to the Supplemental Memorandum in aid of sentencing in this matter.

Defendant's statements in the Supplemental Sentencing Memorandum should not be construed as arguing that the Court should apply Guideline § 2A2.4 as a posed to § 2A2.2. Per the plea agreement the parties may not advocate for a Guideline calculation different from the plea agreement. The parties may address the correctness of the calculation in the PSR or determined by the Court at sentencing.

Defendant ask the Court to disregard anything in the Supplemental Sentencing Memorandum that appears to argue for a guideline calculation different than the one in the plea agreement. It is not the defendant's intent to break the plea agreement.

Respectfully submitted,

/s/ Troy B. Jones
Troy B. Jones, Esquire #033064
P.O. Box 2308
418 S. Gay Street Suite 204
Knoxville, Tennessee 37901
(865) 456-5901

## CERTIFICATE OF SERVICE

I hereby certify that all. Counsel of record have been served via the ECF, email or fax this 28 day of April 2022.