

## Metropolitan Police Department

**Victim Impact Statement**

On January 6th, 2022 I was a Sergeant assigned to Civil Disturbance Unit 42 of the Metropolitan Police Department. I was the direct supervisor of a squad of 7 officers and one of 5 supervisors overseeing the platoon of 28 officers. Prior to being assaulted by Mr. Creek, I had spent a half hour using verbal commands and my physical presence to hold the crowd back. To that point, this had been successful as a great number of in the crowd were not assaultive towards me or my officers.

As a supervisor on a CDU line I am responsible to not only stand on the line, but to also ensure the other officers hold their positions. At 2:25 PM a teargas munition was thrown back into the CDU line where I, and most of my officers, were without gas masks. As those without masks fell back I pushed the officers with gas masks forward and was able to maintain the line. When I stepped back to dawn my gas mask the line was intact, but perilously thin. At 2:28 the portion of my line began to be pushed back. I returned to the line and tried to hold my officers in place. I can't say I was the only supervisor on this portion of the line at that point, but if anything I was one of only a few. It was at this moment that Mr. Creek came out of the crowd, grabbed hold of me around my chest and drove me backwards and off the line. By the time I was able to free myself my portion of the line had collapsed and the situation had developed into a melee.

Prior to Mr. Creek grabbing me and pushing me off the line I had an established police line with a minimum of force being used either by or against my officers. After Mr. Creek's actions I had dozens of individual fist fights between citizens and officers with no hope of restoring order. I can't say that with me present I would have been able to restore my portion of the police line, but I would have stood a much better chance. The aggressive actions of Mr. Creek and others who engaged in similar assaults on the police line at that specific time are responsible for it breaking. Failure to hold that line led to dozens or even hundreds more injuries on the West side of the Capitol during what became a siege lasting until after 5:00 pm.

As a result of the January 6th riot I suffered only minor bruises and abrasions. My wife spent the day caring for our 2 year old daughter, watching the news coverage and fielding calls from my family and friends. Everyone wanted to know how I was and all she could say is that she hadn't heard from me. I ultimately called her around 6:00 pm to let her know that I wasn't too badly hurt and I couldn't say when I would be home. I had been a police officer for 10 years at that point and I'd always felt I carried the physical dangers of the job well. It is the impact to my family I have trouble with. Inflicting 4 hours of anxiety and dread on my wife is something I can't forgive myself for and as a result I cannot forgive Mr. Creek for his part in it.

Thank you for taking the time to consider my statement.

Sergeant J████ M████